1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FERNANDO GUADALUPE<br>    POLINO-VASQUEZ,<br><br>        Defendant. | Criminal Case No. 12CR3312-H<br><br>ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA AND VACATING ORDER ACCEPTING PLEA |

On July 13, 2012, Defendant Fernando Guadalupe Polino-Vasquez was arrested and charged with importation of approximately 14.11 kilograms of methamphetamine. The substance seized in this case was field tested and returned a positive test for methamphetamine (see Complaint, Doc. No. 1). Defendant Polino-Vasquez accepted the Government's fast track offer, entered into a plea agreement to importation of methamphetamine, and signed said agreement on August 24, 2012 (see Plea Agreement, Doc. No. 14).

On August 24, 2012, Defendant Polino-Vasquez tendered a guilty plea before the Magistrate Judge, the Honorable Peter C. Lewis, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. On August 24, 2012, Magistrate Judge Lewis issued a Findings and Recommendation to this Court, recommending that the District Judge accept the defendant's guilty plea (see Finding and

1   Recommendations, Doc. No. 15).

2       On September 17, 2012, after review of the Magistrate Judge's findings and

3   no objections having been filed within the 14 days allowed in said findings, this

4   Court accepted the defendant's plea of guilty to Count 1 of the Information. (see

5   Order Accepting Plea, Doc. No. 17).

6       On March 26, 2013, the Government and Defendant Polino-Vasquez filed a

7   Joint Motion to Withdraw Guilty Plea (Doc. No. 20) and attached to said motion a

8   DEA-113 Laboratory Report dated March 22, 2013, showing that the seized

9   substance was tested and returned a positive test for cocaine.

10       GOOD CAUSE HAVING BEEN SHOWN and based on the joint motion of

11   the parties, and pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal

12   Procedure which provides that a defendant may withdraw a guilty plea after the

13   Court accepts the plea and before sentencing, if "the defendant can show a fair and

14   just reason for requesting the withdrawal", the Court hereby GRANTS the Joint

15   Motion to Withdraw Guilty Plea  and hereby VACATES the Order Accepting Plea

16   filed on September 17, 2012.

17       IT IS SO ORDERED.

18   DATED:  March 28, 2013

19

20                         MARILYN L. HUFF, District Judge
                            UNITED STATES DISTRICT COURT

21

22

23

24   cc:  Hon. Peter C. Lewis
25        U.S. Magistrate Judge

26

27

28

-2-